AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ATTESTOR MASTER VALUE FUND LP,<br><br>*Plaintiff*<br><br>v.<br><br>THE REPUBLIC OF ARGENTINA<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 14-CV-5849<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE REPUBLIC OF ARGENTINA
c/o Banco de la Nacion Argentina
225 Park Avenue
New York, New York  10169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony J. Costantini, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: JUL 2 9 2014

*Signature of Clerk or Deputy Clerk*

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ATTESTOR MASTER VALUE FUND LP,

                     Plaintiff

v.

THE REPUBLIC OF ARGENTINA,

                     Defendant.

------------------------------------x

Civil Action No. 14 CV 5849

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )

COUNTY OF NEW YORK  )

      LORNA A. WOODHAM, being duly sworn, deposes and says:

1. I am employed by the law firm of Duane Morris LLP, attorneys for plaintiff in this action.

2. I am over 18 years of age and am not a party to this action.

3. On July 30, 2014, at approximately 10:47 a.m., I served a true copy of the SUMMONS AND COMPLAINT and the RELATED CASES FORM upon: **The Republic of Argentina c/o Banco de la Nacion Argentina** by hand-delivering the aforementioned documents to Arlene M. Flores, Assistant Vice President, Compliance Department, at the following address:

      Banco De La Nacion Argentina
      230 Park Avenue – East Wing – 3rd Floor
      New York, New York 10169

4. At the time of said service, Ms. Flores stated that she is duly authorized to accept service of legal documents on behalf of The Republic of Argentina.

5. Ms. Flores, is a white female, with long brown hair, approximately 40 to 50 years old, 125 - 140 lbs., and 5'7" – 5'8" tall.

                                              LORNA A. WOODHAM

Sworn to before me this
30th day of July, 2014

_____
Notary Public

ANITA J PASCOCELLO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA6278496
Qualified in Westchester County
My Commission Expires March 25, 2017