UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATTESTOR MASTER VALUE FUND LP,

    Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

    Defendant.

CIVIL ACTION NO. 14-CV-5849

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff, Attestor Master Value Fund LP ("Attestor"), a limited liability company, certifies through its undersigned counsel that, pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, no parent corporation, or publicly held corporation, owns 10% or more of the stock of Attestor.

Dated: July 29, 2014
      New York, New York

                                            DUANE MORRIS LLP

                                            By: /s/ Anthony J. Costantini
                                            Anthony J. Costantini (AC6633)
                                            E-mail: ajcostantini@duanemorris.com
                                            Suzan Jo (SJ1974)
                                            E-mail: sjo@duanemorris.com
                                            Kevin P. Potere (KP0789)
                                            Email: kppotere@duanemorris.com
                                            1540 Broadway
                                            New York, NY 10036-4086
                                            Telephone: +1 212 692 1000
                                            Fax: +1 212 692 1020

                                            *Attorneys for Plaintiff*
                                            *Attestor Master Value Fund LP*