UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ATTESTOR MASTER VALUE FUND LP

                                    Plaintiff

  -VS-

THE REPUBLIC OF ARGENTINA
                               Defendant
----------------------------------------------------------------X

AFFIDAVIT OF SERVICE
File # 14 CIV 05849 (UA)

STATE OF NEW YORK )
                    )ss
NEW YORK COUNTY )

    Anthony Arnold, being duly sworn, deposes and says: Deponent is not a party to this Action and is over 18 years of age and is a resident of the State of New York.

    On August 19, 2014, at approximately 3:15pm , at 225 Park Avenue, New York, NY  10169, Deponent served the within  First Amended Complaint upon: **The Republic of Argentina C/o Banco de la Nacion Argentina** by delivering to and leaving with  Arlene M. Flores , Assistant vice President Compliance department, a true and correct copy of the said documents, at the time of said service, Arlene M. Flores , stated that she is duly authorized to accept service of legal documents on behalf of **The Republic of Argentina C/o Banco de la Nacion Argentina**

    Arlene M. Flores  is described as a white  female, approximately 44-55yrs., of age, 140-160 lbs,. 5'-7'-5'-8' tall, and has long  brown hair.

                                                         _____
                                                          Anthony Arnold

Sworn to before me this
August 2⁰ 2014
_____
Notary Public

                              JUDITH ST. CLAIR
                        Notary Public, State of New York
                            No. 01ST6249124
                          Qualified in Kings County
                   Commission Expires October 3, 2015