```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ATTESTOR VALUE MASTER FUND LP,<br><br>                    Plaintiff,<br><br>-against-<br><br>REPUBLIC OF ARGENTINA,<br><br>                    Defendant. | 14 Civ. 5849 (LAP) |
| TRINITY INVESTMENTS LTD.,<br><br>                    Plaintiff,<br><br>-against-<br><br>REPUBLIC OF ARGENTINA,<br><br>                    Defendant. | 14 Civ. 10016 (LAP)<br>15 Civ. 1588 (LAP)<br>15 Civ. 2611 (LAP)<br>15 Civ. 5886 (LAP)<br>15 Civ. 9982 (LAP)<br>16 Civ. 1436 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of counsel's letter dated May 26, 2020 [dkt. no. 84 in 14 Civ. 5849]. Counsel shall confer with respect to the correct calculation of interest and the exclusion of time-barred claims and propose an order resolving the summary judgment motions.

**SO ORDERED.**

Dated:   New York, New York
         May 28, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1