```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ATTESTOR VALUE MASTER FUND LP,<br><br>              Plaintiff,<br><br>-against-<br><br>REPUBLIC OF ARGENTINA,<br><br>              Defendant. | 14 Civ. 5849 (LAP) |
| TRINITY INVESTMENTS LTD.,<br><br>              Plaintiff,<br><br>-against-<br><br>REPUBLIC OF ARGENTINA,<br><br>              Defendant. | 14 Civ. 10016 (LAP)<br>15 Civ. 1588 (LAP)<br>15 Civ. 2611 (LAP)<br>15 Civ. 5886 (LAP)<br>15 Civ. 9982 (LAP)<br>16 Civ. 1436 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed the parties' joint letter dated July 2, 2020 [dkt. no. 82 in 14 Civ. 5489]. The Court finds that Plaintiff's proposed language allowing the assignment of <u>pari passu</u> rights without leave of the Court would (1) exacerbate the risk of double recovery on the bonds at issue and (2) run counter to the plain terms of Judge Griesa's Procedures Memorandum and to the historical practice of the Court in these cases. The Court will accordingly enter judgment without Plaintiff's proposed language.

**SO ORDERED.**

Dated:   New York, New York

1

July 7, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge