UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------  X
ATTESTOR MASTER VALUE FUND LP,     :
                    Plaintiff,     :     14 Civ. 05849
            v.                     :
THE REPUBLIC OF ARGENTINA          :
                    Defendant.     :
---------------------------------  X

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Having considered Attestor Value Master Fund LP's[1] Motion for Partial Summary Judgment against the Republic of Argentina and the entire record in this case, it is **HEREBY ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment is **GRANTED**.

2. On Counts II, III, V, VI, VII, VIII, IX, X, XI, and XII of the First Amended Complaint, the Clerk of the Court is directed to enter **JUDGMENT** for Plaintiff, Attestor Value Master Fund LP, against Defendant Republic of Argentina in the form annexed hereto. The following tables contain the necessary identifying information regarding Plaintiff's beneficial interests in these bonds:

---

[1] As discussed in *Plaintiffs' Omnibus Memorandum of Law in Support of Motions for Summary Judgment* [Dkt. No. 78], the original complaint filings and the case caption incorrectly identified the Plaintiff as "Attestor Master Value Fund LP." The correct name of the Plaintiff entity is "Attestor Value Master Fund LP" and the judgment will reflect the corrected name.

**Table 1**

| Plaintiff Bond Holder or Beneficial Owner: | Attestor Value Master Fund LP |
|---|---|
| Face Value: | $4,208,000 |
| CUSIP No., ISIN No., BB No.: | US040114AR16 |
| Date Of Issuance: | January 30, 1997 |
| Date Of Maturity: | January 30, 2017 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | November 2013 – August 2014 |
| Acceleration: | Notices sent July 28, 2014 and August 15, 2014 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from BNY Mellon dated as of April 17, 2020 |

**Table 2**

| Plaintiff Bond Holder or Beneficial Owner: | Attestor Value Master Fund LP |
|---|---|
| Face Value: | $4,586,000 |
| CUSIP No., ISIN No., BB No.: | US040114AV28 |
| Date Of Issuance: | September 19, 1997 |
| Date Of Maturity: | September 19, 2027 |
| Interest Rate/Payable: | 9.750% |
| Date Of Purchase: | July 2014 – August 2014 |
| Acceleration: | Notices sent July 28, 2014, August 15, 2014 and August 18, 2014 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from BNY Mellon dated as of April 17, 2020 |

**Table 3**

| Plaintiff Bond Holder or Beneficial Owner: | Attestor Value Master Fund LP |
|---|---|
| Face Value: | $4,044,000 |
| CUSIP No., ISIN No., BB No.: | US040114BE93 |
| Date Of Issuance: | April 7, 1999 |
| Date Of Maturity: | April 7, 2009 |
| Interest Rate/Payable: | 11.750% |
| Date Of Purchase: | February 2014 – August 2014 |
| Acceleration: | Notices sent July 28, 2014, August 15, 2014 and August 18, 2014 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from BNY Mellon dated as of April 17, 2020 |

**Table 4**

| Plaintiff Bond Holder or Beneficial Owner: | Attestor Value Master Fund LP |
|---|---|
| Face Value: | $25,000 |
| CUSIP No., ISIN No., BB No.: | US040114FB19 |
| Date Of Issuance: | February 3, 2000 |
| Date Of Maturity: | February 1, 2020 |
| Interest Rate/Payable: | 12.000% |
| Date Of Purchase: | August 2014 |
| Acceleration: | Notice sent August 15, 2014 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from BNY Mellon dated as of April 17, 2020 |

**Table 5**

| | |
|---|---|
| Plaintiff Bond Holder or Beneficial Owner: | Attestor Value Master Fund LP |
| Face Value: | $1,361,000 |
| CUSIP No., ISIN No., BB No.: | US040114FC91 |
| Date Of Issuance: | March 15, 2000 |
| Date Of Maturity: | March 15, 2010 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | July 2014 – August 2014 |
| Acceleration: | Notices sent July 28, 2014, August 15, 2014, and August 18, 2014 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from BNY Mellon dated as of April 17, 2020 |

**Table 6**

| | |
|---|---|
| Plaintiff Bond Holder or Beneficial Owner: | Attestor Value Master Fund LP |
| Face Value: | $275,000 |
| CUSIP No., ISIN No., BB No.: | US040114GA27 |
| Date Of Issuance: | June 15, 2000 |
| Date Of Maturity: | June 15, 2015 |
| Interest Rate/Payable: | 11.750% |
| Date Of Purchase: | July 2014 |
| Acceleration: | Notice sent July 28, 2014 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from BNY Mellon dated as of April 17, 2020 |

**Table 7**

| Plaintiff Bond Holder or Beneficial Owner: | Attestor Value Master Fund LP |
|---|---|
| Face Value: | $440,000 |
| CUSIP No., ISIN No., BB No.: | US040114GD65 |
| Date Of Issuance: | February 21, 2001 |
| Date Of Maturity: | February 21, 2012 |
| Interest Rate/Payable: | 12.375% |
| Date Of Purchase: | July 2014 – August 2014 |
| Acceleration: | Notice sent August 15, 2014 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from Deutsche Bank AG dated as of April 17, 2020 |

**Table 8**

| Plaintiff Bond Holder or Beneficial Owner: | Attestor Value Master Fund LP |
|---|---|
| Face Value: | $2,531,696 |
| CUSIP No., ISIN No., BB No.: | US040114GF14 |
| Date Of Issuance: | June 19, 2001 |
| Date Of Maturity: | December 19, 2008 |
| Interest Rate/Payable: | 15.500% |
| Date Of Purchase: | July 2014 – August 2014 |
| Acceleration: | Notices sent July 28, 2014, August 15, 2014, and August 18, 2014 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from BNY Mellon dated as of April 17, 2020 |

**Table 9**

| Plaintiff Bond Holder or Beneficial Owner: | Attestor Value Master Fund LP |
|---|---|
| Face Value: | $1,508,000 |
| CUSIP No., ISIN No., BB No.: | US040114GG96 |
| Date Of Issuance: | June 19, 2001 |
| Date Of Maturity: | June 19, 2018 |
| Interest Rate/Payable: | 12.250% |
| Date Of Purchase: | July 2014 – August 2014 |
| Acceleration: | Notices sent July 28, 2014 and August 18, 2014 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from BNY Mellon dated as of April 17, 2020 |

**Table 10**

| Plaintiff Bond Holder or Beneficial Owner: | Attestor Value Master Fund LP |
|---|---|
| Face Value: | $700,000 |
| CUSIP No., ISIN No., BB No.: | US040114GH79 |
| Date Of Issuance: | June 19, 2001 |
| Date Of Maturity: | June 19, 2031 |
| Interest Rate/Payable: | 12.000% |
| Date Of Purchase: | July 2014 – August 2014 |
| Acceleration: | Notice sent August 15, 2014 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from BNY Mellon dated as of April 17, 2020 |

3.      Counts I and IV are dismissed with prejudice.

4.      Count XIII is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: This 7th day of __July__, 2020

_Loretta A. Presky_
Hon. Loretta A. Preska
District Judge