UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATTESTOR MASTER VALUE FUND LP<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | Case No. 1:14-cv-05849 (LAP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and hereby appear as additional counsel for Plaintiff Attestor Master Value Fund LP in the above-captioned action. I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings, and other documents served or filed in this case be served upon me at the address listed below.

DATED:  Boston, Massachusetts
June 4, 2021

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
 */s/ Gregg Badichek*
 Gregg Badichek

111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Fax: (617) 712-7200
greggbadichek@quinnemanuel.com

*Attorneys for Plaintiff Attestor Master Value Fund LP*