UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATTESTOR MASTER VALUE FUND LP.,<br><br>    Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>    Defendant. | No. 14 CV 5849 (LAP)<br><br>ORDER |
| BAINBRIDGE FUND LTD.,<br><br>    Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>    Defendant. | No. 16 CV 8605 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  Before the Court is Bainbridge's request, (dkt. no. 154), for a pre-motion conference in the above matters to discuss a motion to invalidate the Attestor Plaintiff's attachments of Argentina's reversionary interests in collateral securing Argentina's Brady Bonds on the ground that those Plaintiffs purportedly failed to comply with CPLR 6212(c) and Plaintiff Attestor's response, (dkt. no. 155).

  The request for a pre-motion conference is denied 1) because the Court might not have jurisdiction because the Court of Appeals has not yet issued its mandate, and 2) as premature

1

in light of the Republic's motion in the Court of Appeals to stay the mandate.

**SO ORDERED.**

Dated:   October 28, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge