**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATTESTOR MASTER VALUE FUND LP, | |
| Plaintiff, | 14 Civ. 05849 (LAP) |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |
| TRINITY INVESTMENTS LIMITED, | |
| Plaintiff, | 14 Civ. 10016 (LAP) |
| | 15 Civ. 1588 (LAP) |
| v. | 15 Civ. 2611 (LAP) |
| | 15 Civ. 5886 (LAP) |
| THE REPUBLIC OF ARGENTINA, | 15 Civ. 9982 (LAP) |
| | 16 Civ. 1436 (LAP) |
| Defendant. | |
| BYBROOK CAPITAL MASTER FUND LP, and BYBROOK CAPITAL HAZELTON MASTER FUND LP, | |
| | 15 Civ. 2369 (LAP) |
| Plaintiffs, | 15 Civ. 7367 (LAP) |
| | 16 Civ. 1192 (LAP) |
| v. | 21 Civ. 2060 (LAP) |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |
| WHITE HAWTHORNE, LLC, | |
| Plaintiff, | 15 Civ. 4767 (LAP) |
| | 15 Civ. 9601 (LAP) |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

1

WHITE HAWTHORNE, LLC and WHITE
HAWTHORNE II, LLC,

          Plaintiffs,

    v.

THE REPUBLIC OF ARGENTINA,

          Defendant.

16 Civ. 1042 (LAP)

BISON BEE LLC,

          Plaintiff,

    v.

THE REPUBLIC OF ARGENTINA,

          Defendant.

18 Civ. 3446 (LAP)

## <u>WRIT OF EXECUTION</u>

BY ORDER ON WRIT OF EXECUTION issued by the Court dated _____,

2025, Final Judgment having been entered in the above-captioned actions in the Southern District

of New York on

> (i) July 7, 2020 in *Attestor Master Value Fund LP v. Republic of Argentina*, No. 14-cv-5849 for Plaintiff Attestor Master Value Fund LP in the amount of $68,093,569.10, which, as of January 29, 2025, has accrued post judgment interest in the amount of $496,227.23;

> (ii) July 7, 2020 in *Trinity Investments Limited v. Republic of Argentina*, No. 14-cv-10016 for Plaintiff Trinity Investments Limited in the amount of $21,809,962.38, which, as of January 29, 2025, has accrued post judgment interest in the amount of $158,938.61;

> (iii) July 7, 2020 in *Trinity Investments Limited v. Republic of Argentina*, No. 15-cv-01588 for Plaintiff Trinity Investments Limited in the amount of $16,420,514.04, which, as of January 29, 2025, has accrued post judgment interest in the amount of $119,663.37;

> (iv) July 7, 2020 in *Trinity Investments Limited v. Republic of Argentina*, No. 15-cv-2611 for Plaintiff Trinity Investments Limited in the amount of $24,041,141.35, which, as of January 29, 2025, has accrued post judgment interest in the amount of $175,198.18;

(v) July 7, 2020 in *Trinity Investments Limited v. Republic of Argentina*, No. 15-cv-5886 for Plaintiff Trinity Investments Limited in the amount of $83,912,386.78, which, as of January 29, 2025, has accrued post judgment interest in the amount of $611,505.79;

(vi) July 7, 2020 in *Trinity Investments Limited v. Republic of Argentina*, No. 15-cv-9982 for Plaintiff Trinity Investments Limited in the amount of $6,787,511.40, which, as of January 29, 2025, has accrued post judgment interest in the amount of $49,463.53;

(vii) July 7, 2020 in *Trinity Investments Limited v. Republic of Argentina*, No. 16-cv-1436 for Plaintiff Trinity Investments Limited in the amount of $10,855,461.47, which, as of January 29, 2025, has accrued post judgment interest in the amount of $79,108.43;

(viii) August 14, 2024 in *Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP v. Republic of Argentina*, No. 15-cv-2369 for Plaintiffs Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP in the amount of $24,474,146.67, which, as of January 29, 2025, has accrued post judgment interest in the amount of $499,914.54;

(ix) February 28, 2023 in *Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP v. Republic of Argentina*, No. 15-cv-7367 for Plaintiffs Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP in the amount of $34,837,923.07, which, as of January 29, 2025, has accrued post judgment interest in the amount of $3,385,539.82;

(x) August 14, 2024 in *Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP v. Republic of Argentina*, No. 16-cv-1192 for Plaintiffs Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP in the amount of $29,951,173.91, which, as of January 29, 2025, has accrued post judgment interest in the amount of $611,789.55;

(xi) January 11, 2023 in *Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP v. Republic of Argentina*, No. 21-cv-2060 for Plaintiffs Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP in the amount of $440,020.18, which, as of January 29, 2025, has accrued post judgment interest in the amount of $42,766.34;

(xii) August 14, 2024 in *White Hawthorne, LLC v. Republic of Argentina*, No. 15-cv-4767 for Plaintiff White Hawthorne, LLC in the amount of $49,753,805.96, which, as of January 29, 2025, has accrued post judgment interest in the amount of $1,016,282.66;

(xiii) February 28, 2023 in *White Hawthorne, LLC v. Republic of Argentina*, No. 15-cv-9601 for Plaintiff White Hawthorne, LLC in the amount of $50,348,331, which, as of January 29, 2025, has accrued post judgment interest in the amount of $4,892,837.01;

(xiv) August 14, 2024 in *White Hawthorne, LLC and White Hawthorne II, LLC v. Republic of Argentina*, No. 16-cv-1042 for Plaintiffs White Hawthorne, LLC and White

Hawthorne II, LLC in the amount of $29,597,711.47, which, as of January 29, 2025, has accrued post judgment interest in the amount of $604,569.65; and

(xv) August 14, 2024 in *Bison Bee LLC v. Republic of Argentina*, No. 18-cv-3446 for Plaintiff Bison Bee LLC in the amount of $282,036.74, which, as of January 29, 2025, has accrued post judgment interest in the amount of $5,760.95 (together, the "**Judgments**")

for a collective sum of judgments, as of the date of this Writ, of $464,355,261.18, against Defendant the Republic of Argentina (the "**Republic**"); and the Court having determined that the Subject Property (as defined below) is in the United States and used by the Republic (and/or agents acting on its behalf) for commercial activity in the United States and the Court having determined that a reasonable period of time has elapsed following the entry of each of the Judgments pursuant to 28 U.S.C. §1610(c); the U.S. Marshal's Office for the Southern District of New York (the "**U.S. Marshal**") is hereby directed to levy upon the Subject Property in satisfaction of the Judgments until the Judgments and post-judgment interest are satisfied in full.  Upon information and belief, the Republic's last known address is that of its authorized service agent, Banco de la Nacion Argentina, 225 Park Avenue, New York, NY 10003, as appointed in the Fiscal Agency Agreement underlying the Final Judgments.

The "**Subject Property**" refers to: the reversionary interest of the Republic in certain collateral accounts and collateral held in the custody of the Federal Reserve Bank of New York ("**FRBNY**") arising out of the Republic's issuance of so-called Brady Bonds in 1993.  That reversionary interest currently takes the form of the cash held in FRBNY accounts numbered ███████, ███████, ███████, and ███████. The U.S. dollar-denominated Brady Bonds were issued pursuant to the USD Discount Bond and Par Bond Fiscal Agency Agreement among Argentina, Citibank, N.A., and Citibank (Luxembourg) S.A., dated as of April 7, 1993.  The

Deutschemark-denominated Brady Bonds were issued pursuant to the DMK Discount and Par Bond Fiscal Agency Agreement between Argentina and the Fiscal Agent dated as of April 7, 1993.

Pursuant to N.Y. C.P.L.R. § 5230(c), the time for the U.S. Marshal to serve this Writ of Execution and to return said execution to the Clerk of the Court is extended an additional 60 days.

It is **SO ORDERED** on this ___ day of _____, 2025.

_____
Clerk of the Court

_____
United States District Judge

5