| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

*U.S. DISTRICT COURT FILED MAR 14 2025 S.D. OF N.Y.*

| PLAINTIFF<br>ATTESTOR MASTER VALUE FUND LP et al | COURT CASE NUMBER<br>14-cv-05849 (LAP) and related cases |
|---|---|
| DEFENDANT<br>THE REPUBLIC OF ARGENTINA | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Federal Reserve Bank of New York
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
33 Liberty Street, New York, NY 10045

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jordan M. Nakdimon (jordannakdimon@quinnemanuel.com, 212-849-7368)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>295 Fifth Avenue<br>New York, NY 10016 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | n/a |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

This execution is being delivered to you for the purpose of establishing a levy and priority rights with respect to the property at issue and does not require further action from the United States Marshals Service. As stated in the operative writ of execution, attached herewith and so-ordered by Judge Loretta A. Preska, United States District Judge for the Southern District of New York, on March 5, 2025, "[p]ersons employed by Quinn Emanuel Urquhart & Sullivan LLP, as counsel for the Plaintiffs in the above-captioned actions, are hereby authorized to deliver this writ of execution to the FRBNY to effectuate the levy on behalf of the U.S. Marshal." Accordingly, Quinn Emanuel Urquhart & Sullivan LLP has already served the writ of execution upon the Federal Reserve Bank of New York ("FRBNY"). For your reference, this writ of execution will levy upon Defendant's property in FRBNY accounts numbered 026510037, 026510053, 026510079, and 026510082.

| Signature of Attorney other Originator requesting service on behalf of:<br>Jordan Nakdimon *Digitally signed by Jordan Nakdimon Date: 2025.03.05 19:00:51 -05'00'* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-849-7368 | DATE<br>3/5/2025 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 054 | District to Serve<br>No. 054 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/6/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>3/13/2025 | Time<br>10:30 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>N/A - see remarks | | |

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Quinn Emanuel Urquhart & Sullivan LLP delivered the Writ of Execution to FRBNY. FRBNY transferred the amount of $209,817,903.04 to the Plaintiffs. Attached is the email from FRBNY confirming the transfer.

From: Brennan, Michael M <Michael.Brennan@ny.frb.org>
Sent: Tuesday, March 11, 2025 11:23 AM
To: Kevin Reed <kevinreed@quinnemanuel.com>; Boccuzzi Jr., Carmine D. <cboccuzzi@cgsh.com>; Dennis Hranitzky <dennishranitzky@quinnemanuel.com>; Everton, Olivia <oeverton@cgsh.com>
Subject: Attestor Master Value Fund LP v. Republic of Argentina

Earlier this morning, in compliance with the court's March 5, 2025 Order and related writ of execution, the New York Fed effectuated wire transfers to Plaintiffs in the aggregate amount of $209,817,903.04.

IMPORTANT: This e-mail message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. If you are not the intended recipient, please immediately contact the sender by replying to the e-mail and destroying all copies of the original message.