UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATTESTOR MASTER VALUE FUND LP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>　　　　　Defendant. | 14 Civ. 05849 (LAP)<br><br>NOTICE OF PARTIAL SATISFACTION OF JUDGMENT |

　　　　WHEREAS, a judgment was entered in the above-captioned action on July 7, 2020, in favor of Plaintiff, Attestor Master Value Fund LP ("**Attestor**") and against Defendant the Republic of Argentina (the "**Republic**") for the sum of $68,093,569, with post-judgment interest accruing at a rate of 0.16% per annum (the "**Judgment**");

　　　　WHEREAS, as of March 12, 2025, post-judgment interest has accrued in the amount of $511,347, rendering the total amount due on the Judgment, including post-judgment interest, as $68,604,916;

　　　　WHEREAS, payment in the amount of $61,604,071 has been received by Attestor in partial satisfaction of the Judgment; and

　　　　WHEREAS, the Judgment balance has been partially satisfied with $7,000,845 remaining unpaid, as of March 12, 2025, with post judgment interest continuing to accrue thereon at a rate of 0.16% per annum.

　　　　THEREFORE, partial satisfaction of the Judgment is hereby acknowledged to the extent of the sum of $61,604,071, and the undersigned requests that the Clerk of the Court enter a partial satisfaction of the judgment on the docket.

1

DATED:  March 20, 2025                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ Kevin S. Reed
Kevin S. Reed
Debra D. O'Gorman
Jordan M. Nakdimon
295 Fifth Avenue
New York, NY 10016
Tel: 212-849-7000

Dennis H. Hranitzky
2755 East Cottonwood Parkway, Suite 430
Salt Lake City, UT 84121
Tel: 801-515-7300

Alex Loomis (*pro hac vice*)
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: 617-712-7100

*Counsel for Plaintiff Attestor Master Value Fund LP*