**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, NY 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7160**

WRITER'S EMAIL ADDRESS
**kevinreed@quinnemanuel.com**

April 28, 2025

<u>VIA ECF</u>

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
500 Pearl Street - Room 12A
New York, New York 10007

Re: *Attestor Master Value Fund LP v. Republic of Argentina*, 14-cv-05849 and Related Cases

Dear Judge Preska:

We write on behalf of Plaintiffs in the above-referenced actions ("**Plaintiffs**") in reply to the April 25, 2025 letter from Defendant, the Republic of Argentina ("**the Republic**"), regarding Plaintiffs' request for a pre-motion conference to resolve an ongoing discovery dispute between the parties.

Shortly before the Republic submitted its letter, the Republic provided a production to Plaintiffs of approximately 1,200 pages of documents, many of which are in Spanish. Plaintiffs require time to properly review this latest production before substantively responding to the contentions in the Republic's response letter. To the extent issues remain after such review, we will advise the Court by Wednesday, April 30.

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

1

Respectfully submitted,

*/s/ Kevin S. Reed*
Kevin S. Reed

cc:   Counsel for the Republic of Argentina (via ECF)