**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, NY 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7160

WRITER'S EMAIL ADDRESS
kevinreed@quinnemanuel.com

May 8, 2025

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
500 Pearl Street - Room 12A
New York, New York 10007

Re:    *Attestor Master Value Fund LP v. Republic of Argentina*, 14-cv-05849 and Related Cases

Dear Judge Preska:

I write on behalf of Plaintiffs in the above-referenced actions ("**Plaintiffs**") regarding the pre-motion discovery conference scheduled for Wednesday, May 14, 2025. *See* Dkt. 192. Due to a scheduling conflict, Plaintiffs' counsel is unavailable that day. Having conferred with counsel for the Republic of Argentina, Plaintiffs respectfully request that the conference be adjourned to one of the following alternative dates: Wednesday, May 21; the afternoon of Thursday, May 22; or Thursday, May 29.

Thank you for your consideration.

Respectfully submitted,

*/s/ Kevin S. Reed*
Kevin S. Reed

cc:    Counsel for the Republic of Argentina (via ECF)

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

---

The request is granted. The conference is adjourned to May 29, 2025 at 12:00 p.m. The Clerk of the Court is directed to close dkt. no. 193. **SO ORDERED.**

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

May 9, 2025
New York, New York