UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATTESTOR MASTER VALUE FUND LP,<br><br>    Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>    Defendant. | No. 14 Civ. 05849 (LAP)<br><br>ORDER |
| TRINITY INVESTMENT LIMITED,<br><br>    Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>    Defendant. | No. 14 Civ. 10016 (LAP); 15 Civ. 1588 (LAP); 15 Civ. 2611 (LAP); 15 Civ. 5886 (LAP); 15 Civ. 9982 (LAP); 16 Civ. 1436 (LAP)<br><br>ORDER |
| BYBROOK CAPITAL MASTER FUND LP, and BYBROOK CAPITAL HAZELTON MASTER FUND LP,<br><br>    Plaintiffs,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>    Defendant. | No. 15 Civ. 2369 (LAP); 15 Civ. 7367 (LAP); 16 Civ. 1192 (LAP); 21 Civ. 2060 (LAP)<br><br>ORDER |
| WHITE HAWTHORNE, LLC,<br><br>    Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>    Defendant. | No. 15 Civ. 4767 (LAP); 15 Civ. 9601 (LAP)<br><br>ORDER |

| | |
|---|---|
| WHITE HAWTHORNE, LLC and WHITE HAWTHORNE II, LLC,<br><br>                    Plaintiffs,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                    Defendant. | No. 16 Civ. 1042 (LAP)<br><br>ORDER |
| BISON BEE LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                    Defendant. | No. 18 Civ. 3446 (LAP)<br><br>ORDER |
| BAINBRIDGE FUND LTD.,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                    Defendant. | No. 16 Civ. 08605 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:[1]

    Before the Court is Attestor Plaintiffs'[2] letter requesting that the Court lift the stay and enter a writ of execution on the

---

[1] Unless otherwise stated, citations refer to Attestor Master Value Fund LP v. The Republic of Argentina, No. 14 Civ. 05849.

[2] The Attestor Plaintiffs include Attestor Master Value Fund LP, Trinity Investments Limited, Bybrook Capital Master Fund LP, Bybrook Capital Hazelton Master Fund, LP, White Hawthorne, LLC, White Hawthorne II, LLC, and Bison Bee LLC, which are all listed in the above captions.

2

disputed portion of the Brady Collateral, (dkt. nos. 201-03). Plaintiff Bainbridge Fund Ltd's ("Bainbridge") opposes the request, (dkt. no. 200 in No 16 Civ. 8605).

The parties agreed to a stipulation and order that the Court entered on March 3, 2025, (dkt. no. 180). The order states "that the Attachment Order and the Bainbridge Order and any levies created thereby shall remain in effect for 30 days following the <u>final resolution</u> of the Priority Dispute." (<u>Id.</u> at 8 (emphasis added).) While this Court decided the Priority Dispute on July 14, 2025, (dkt. no. 198), it is not a "final resolution." Additionally, Attestor Plaintiffs are not harmed by maintaining the status quo as the funds are in the hands of a trusted third party.

Accordingly, Attestor Plaintiffs' request is DENIED. Bainbridge shall apply for an expedited appeal of the Court's Priority Dispute order, (dkt. no. 198), within one week of this order.

**SO ORDERED.**

Dated:    August 4, 2025
         New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge