# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 (212) 225-2508
cboccuzzi@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

March 10, 2026

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Attestor Master Value Fund L.P. v. The Republic of Argentina,* No. 14-cv-5849; *Trinity Investments Limited v. Republic of Argentina,* Nos. 14 Civ. 10016, 15 Civ. 9982, 15 Civ. 5886, 15 Civ. 2611, 16 Civ. 1436, 15 Civ. 1588; *Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund v. Republic of Argentina*, Nos. 15 Civ. 2369, 15 Civ. 7367, 16 Civ. 1192, 21 Civ. 2060; *White Hawthorne, LLC v. Republic of Argentina*, Nos. 15 Civ. 9601, 15 Civ. 4767; *White Hawthorne LLC and White Hawthorne II LLC v. Republic of Argentina,* No. 16 Civ. 1042; and *Bison Bee v. Republic of Argentina,* No. 18 Civ. 3446

Dear Judge Preska:

This firm represents the Republic of Argentina (the "Republic") in the above-captioned cases. We write with the consent of the plaintiffs in the above-captioned cases (the "Attestor Plaintiffs") to inform the Court that the parties have reached an agreement in principle to resolve these actions.

Hon. Loretta Preska, p. 2

  The parties will promptly update the Court on the status of the settlement and any need for further proceedings.

                  Respectfully,

                  Carmine D. Boccuzzi, Jr.

cc: All Counsel of Record (via ECF)