**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATTESTOR MASTER VALUE FUND LP,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 14 Civ. 5849 (LAP) |
| TRINITY INVESTMENTS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 14 Civ. 10016 (LAP)<br>15 Civ. 1588 (LAP)<br>15 Civ. 2611 (LAP)<br>15 Civ. 5886 (LAP)<br>15 Civ. 9982 (LAP)<br>16 Civ. 911 (LAP)<br>16 Civ. 991 (LAP)<br>16 Civ. 1436 (LAP)<br>16 Civ. 1484 (LAP)<br>16 Civ. 1512 (LAP) |
| BYBROOK CAPITAL MASTER FUND LP, and BYBROOK CAPITAL HAZELTON MASTER FUND LP,<br><br>Plaintiffs,<br><br>v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 15 Civ. 2369 (LAP)<br>15 Civ. 7367 (LAP)<br>16 Civ. 1192 (LAP)<br>21 Civ. 2060 (LAP) |

| | |
|---|---|
| WHITE HAWTHORNE, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>      Defendant. | 15 Civ. 4767 (LAP)<br>15 Civ. 9601 (LAP) |
| WHITE HAWTHORNE, LLC and WHITE HAWTHORNE II, LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>      Defendant. | 16 Civ. 1042 (LAP) |
| BISON BEE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>      Defendant. | 18 Civ. 3446 (LAP) |
| BAINBRIDGE FUND LTD.,<br><br>      Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 16 Civ. 8605 (LAP) |

## [PROPOSED] ORDER

**WHEREAS**, on February 5, 2016, Plaintiff Trinity Investments Limited ("**Trinity**") filed a Complaint against Defendant the Republic of Argentina (the "**Republic**") in Case 16 Civ. 911 based on Trinity's ownership of beneficial interests in Republic-issued bonds (the "**Bonds**");

**WHEREAS**, on February 9, 2016, Trinity filed a Complaint against the Republic in Case 16 Civ. 991 based on Trinity's ownership of beneficial interests in the Bonds;

**WHEREAS**, on February 25, 2016, Trinity filed a Complaint against the Republic in Case 16 Civ. 1484 based on Trinity's ownership of beneficial interests in the Bonds;

**WHEREAS**, on February 26, 2016, Trinity filed a Complaint against the Republic in Case 16 Civ. 1512 based on Trinity's ownership of beneficial interests in the Bonds;

**WHEREAS**, on December 1, 2020, the Court entered a judgment in favor of Plaintiff Bainbridge Ltd. (formerly known as Bainbridge Fund LTD) ("**Bainbridge**") and against the Republic in Case 16 Civ. 8605 based on Bainbridge's ownership of beneficial interests in the Bonds;

**WHEREAS**, on July 7, 2020, the Court entered a judgment in favor of Plaintiff Attestor Master Value Fund LP ("**Attestor**") and against the Republic in Case 14 Civ. 5849 based on Attestor's ownership of beneficial interests in the Bonds;

**WHEREAS**, on July 7, 2020, the Court entered a judgment in favor of Trinity and against the Republic in Cases 14 Civ. 10016, 15 Civ. 1588, 15 Civ. 2611, 15 Civ. 5886, 15 Civ. 9982, and 16 Civ. 1436 based on Trinity's ownership of beneficial interests in the Bonds;

**WHEREAS**, on January 11, 2023, the Court entered a judgment in favor of Plaintiffs Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP (collectively, "**Bybrook**") and against the Republic in Case 21 Civ. 2060 based on the Bybrook Plaintiffs' ownership of beneficial interests in the Bonds;

**WHEREAS**, on February 28, 2023, the Court entered a judgment in favor of Plaintiff White Hawthorne LLC ("**White Hawthorne**") and against the Republic in Case 15 Civ. 9601 based on White Hawthorne's ownership of beneficial interests in the Bonds;

3

**WHEREAS**, on February 28, 2023, the Court entered a judgment in favor of Bybrook and against the Republic in Case 15 Civ. 7367 based on Bybrook's ownership of beneficial interests in the Bonds;

**WHEREAS**, on August 14, 2024, the Court entered a judgment in favor of Plaintiff Bison Bee LLC ("**Bison Bee**") and against the Republic in Case 18 Civ. 3446 based on Bison Bee's ownership of beneficial interests in the Bonds;

**WHEREAS**, on August 14, 2024, the Court entered a judgment in favor of White Hawthorne and White Hawthorne II LLC ("**White Hawthorne II**," and, collectively with Trinity, Attestor, Bybrook, White Hawthorne, and Bison Bee, the "**Attestor Plaintiffs**") and against the Republic in Case 16 Civ. 1042 based on White Hawthorne and White Hawthorne II's ownership of beneficial interests in the Bonds;

**WHEREAS**, on August 14, 2024, the Court entered a judgment in favor of Bybrook and against the Republic in Cases 15 Civ. 2369 and 16 Civ. 1192 based on Bybrook's ownership of beneficial interests in the Bonds;

**WHEREAS**, on August 14, 2024, the Court entered a judgment in favor of White Hawthorne and against the Republic in Case 15 Civ. 4767 based on White Hawthorne's ownership of beneficial interests in the Bonds;

**WHEREAS**, Bainbridge and the Republic have consummated a settlement and Bainbridge agreed, *inter alia*, to accept an amount agreed-upon by the parties in full discharge and satisfaction in respect of any claim or court judgment against the Republic in connection with the Bonds;

**WHEREAS**, the Attestor Plaintiffs and the Republic have consummated a settlement and the Attestor Plaintiffs agreed, *inter alia*, to accept an amount agreed-upon by the parties in full

4

discharge and satisfaction in respect of any claim or court judgment against the Republic in connection with the Bonds.

**WHEREAS**, Bainbridge and the Attestor Plaintiffs have received the consideration provided for under their respective settlement agreements;

**WHEREAS**, the judgments held by Bainbridge and the Attestor Plaintiffs have been fully satisfied by the Republic's payment.

**NOW, THEREFORE**, it is hereby:

**ORDERED** that Bainbridge's claims against the Republic of Argentina are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice and without costs;

**ORDERED** that the Attestor Plaintiffs' claims against the Republic of Argentina are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice and without costs;

**ORDERED** that full satisfaction of the judgments in the Bainbridge and Attestor Plaintiff cases is hereby acknowledged, and the Clerk is hereby authorized and directed to make an entry of satisfaction on the above-referenced dockets.

It is **SO ORDERED** on this _6_ th day of August, 2026.

The Clerk of the Court shall
mark the actions closed and all
pending motions denied as moot.

SO ORDERED:

_Loretta A. Presk_
LORETTA A. PRESKA, U.S.D.J.

_____
Hon. Loretta A. Preska
United States District Judge

5